<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOSHUA DEAN,<br><br>Plaintiff,<br><br>v.<br><br>TAKE FLIGHT, LLC, and DAVID S. MEYERS,<br><br>Defendants. | Civil Action No. 25-172 (SDW) (CF)<br><br>**ORDER**<br><br>March 17, 2026 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Cari Fais's ("Judge Fais") Report and Recommendation (D.E. 30 ("R&R")), dated March 2, 2026, which recommends that this Court deny Plaintiff's Motion for Sanctions, (D.E. 23). No objections to the R&R were filed. This Court has reviewed the reasons set forth by Judge Fais in her R&R and the record in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that Judge Fais's R&R is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED.**

_/s/ Susan D. Wigenton_
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:    Parties
       Cari Fais, U.S.M.J.